GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
DANIEL OMAR LOPEZ-BETANCOURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-075-TLN |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR SUBSTITUTION OF ATTORNEY |
| DANIEL OMAR LOPEZ-BETANCOURT, | ) | |
| Defendant. | ) | |

It is respectfully requested that Gilbert A. Roque be relieved as attorney of record in the above-captioned case and that Dina L. Santos, Attorney at Law, 428 J Street, Suite 359, Sacramento, California 95814, telephone number (916) 447-0160, be substituted in as appointed counsel for Mr. Daniel Omar López-Betancourt.

DATED: July 1, 2013          Respectfully submitted,

                             /s/ Gilbert A. Roque
                             GILBERT A. ROQUE
                             Attorney at Law

I accept the substitution and ask to be appointed.

DATED: July 1, 2013          /s/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney at Law

1

I consent to the substitution.

DATED: July 1, 2013  /s/ Daniel Omar López-Betancourt
DANIEL OMAR LOPEZ-BETANCOURT
Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED: July 3, 2013

Troy L. Nunley
United States District Judge